FILED
2011 Jul-29 PM 04:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CASSANDRA JOY BURKS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | Case No. 5:10-cv-03102-CLS-HGD |
| STATE OF ALABAMA and THE ) | |
| ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

### ORDER OF DISMISSAL

On November 18, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by the petitioner or the respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge and ACCEPTS his recommendations. Accordingly, it is ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus is due to be, and hereby is, DISMISSED without prejudice to allow petitioner to exhaust available state remedies with respect to her claims.

DONE and ORDERED this 29th day of July, 2011.

_____
United States District Judge